[No. 35232-6-I.  Division One.  July 31, 1995.]

SOUTH PARK BUSINESS AND CITIZENS GROUP, *Appellants*, v. THE CITY OF SEATTLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-32072-8, Steven G. Scott, J., entered July 8, 1994. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Grosse and Becker, JJ.

[No. 35605-4-I.  Division One.  July 31, 1995.]

HAVEN E. BUOB, ET AL., *Appellants*, v. METROPOLITAN MORTGAGE & SECURITES CO., INC., *Respondent*.

Appeal from a judgment of the Superior Court for Douglas County, No. 90-2-00246-0, John E. Bridges, J., entered April 20, 1993. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Agid, JJ.

[No. 36082-5-I.  Division One.  July 31, 1995.]

PIONEER LUMBER TREATING, INC. OF HILO, ET AL., *Appellants*, v. TREMPER WOLFE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-07611-1, Donald D. Haley, J., entered November 16, 1993. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster and Becker, JJ.